UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL A. MEJIA,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>        Defendant.<br>_____ / | CASE NO. 1:18-cv-00220-DAD-BAM<br><br>ORDER GRANTING PLAINTIFF'S IN FORMA PAUPERIS APPLICATION<br>(Docs. 2, 4)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE |

Plaintiff Angel Mejia ("Plaintiff"), a Fresno County jail inmate proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983, on February 13, 2018. Currently before the Court is Plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915. (Docs. 2, 4.)

Taken together, Plaintiff's applications have made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Fresno County Sheriff's Department is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's application to proceed in forma pauperis (Docs. 2, 4), is GRANTED;

1

2. **The Fresno County Sheriff or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis applications on the Fresno County Sheriff's Department, via the court's electronic case filing system (CM/ECF); and

The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division

IT IS SO ORDERED.

Dated: **April 16, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE